Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  paul.trimmer@jacksonlewis.com
Email:  lynne.mcchrystal@jacksonlewis.com

Attorneys for Plaintiff
*SP Plus Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SP PLUS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL UNION NO. 986,<br><br>Defendant.<br><br>GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL UNION NO. 986,<br><br>Counter-Claimant,<br><br>v.<br><br>SP PLUS CORPORATION,<br><br>Counter-Defendant. | Case No.: 20-cv-00966-JAD-DJA<br><br>**STIPULATION AND ORDER TO STAY DEADLINE**<br><br>ECF Nos. 12, 18 |

Plaintiff and Counter-Defendant SP Plus Corporation, by and through its counsel of record, and Defendant and Counterclaimant, General Teamsters, Airline, Aerospace, and Allied Employees,

Warehousemen, Drivers, Construction, Rock and Sand, Local Union No. 986, by and through its counsel of record, hereby advise the Court that the parties have agreed to resolve the dispute and are in the process of preparing final settlement agreements and other necessary documents. The parties will file a stipulation and order to dismiss this action upon execution of the formal agreement. Thus, the parties request this Court schedule a settlement status check conference in approximately 45 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal.

Given the settlement of this matter, the parties also request that all other deadlines, including all discovery deadline currently pending, be stayed pending submission of the stipulation and order to dismiss this action.

Dated this 12th day of November 2020.

| **LAW OFFICE OF EDWARD GLEASON, PLLC** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Edward M. Gleason, Jr.* <br> Edward M. Gleason, Jr., <br> *Admitted Pro Hac Vice* <br> 1101 30th Street, NW, Suite 500 <br> Washington, DC 20007 <br><br> Nathan R. Ring, Nevada Bar No. 12078 <br> **THE URBAN LAW FIRM** <br> 4270 S. Decatur Blvd., Suite A-9 <br> Las Vegas, Nevada 89103 <br><br> *Attorney for Defendants and Counterclaimants* | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer, NV SBN 9291 <br> Lynne K. McChrystal, NV SBN 14739 <br> Joshua A. Sliker, NV SBN 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiff and Counter-Defendant* |

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS STAYED** for all purposes to allow the parties to prepare settlement agreements and other documents necessary to bring this matter to a resolution. **The parties must appear for a telephonic hearing to discuss the status of those documents on January 11, 2021, at 1:30 p.m.** Details for connecting to that hearing will be provided in advance of the hearing. If a stipulated dismissal is filed by January 7, 2021, the court will vacate this status hearing. The pending motion for summary judgment **[ECF No. 12] is DENIED** as moot and without prejudice to its prompt refiling in the event that the settlement is not completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2020