Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

Attorneys for Plaintiff
*SP Plus Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SP PLUS CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL UNION NO. 986,<br><br>        Defendant. | Case No.: 2:20-cv-00966-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GENERAL TEAMSTERS, AIRLINE, AEROSPACE, AND ALLIED EMPLOYEES, WAREHOUSEMEN, DRIVERS, CONSTRUCTION, ROCK AND SAND, LOCAL UNION NO. 986,<br><br>        Counter-Claimant,<br><br>    v.<br><br>SP PLUS CORPORATION,<br><br>        Counter-Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 10th day of February 2021.

| LAW OFFICE OF EDWARD GLEASON, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Edward M. Gleason, Jr.* <br> Edward M. Gleason, Jr., <br> *Admitted Pro Hac Vice* <br> 1101 30th Street, NW, Suite 500 <br> Washington, DC 20007 <br><br> Nathan R. Ring, Nevada Bar No. 12078 <br> **NOVARA TESIJA & CATENACCI, PLLC** <br> 3960 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br><br> *Attorney for Defendant and Counterclaimant* | */s/Paul T. Trimmer* <br> Paul T. Trimmer, NV SBN 9291 <br> Lynne K. McChrystal, NV SBN 14739 <br> Joshua A. Sliker, NV SBN 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiff and Counter-Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. **Today's status conference is VACATED.** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 11, 2021